**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:      Cody Crymes v. The State of Texas

Appellate case numbers:  01-15-00201-CR
                         01-15-00202-CR
                         01-15-00203-CR
                         01-15-00204-CR
                         01-15-00205-CR

Trial court case numbers: 17161
                          17162
                          17163
                          17164
                          17165

Trial court:              253rd District Court of Chambers County

On March 20, 2015, counsel for appellant filed motions to dismiss in each of the above referenced cause numbers. The motions are **DENIED, without prejudice to refiling**. Voluntary motions to dismiss in criminal cases must be signed by the appellant pursuant to the Texas Rules of Civil Procedure. *See* TEX. R. APP. P. 42.2(a).

For the benefit of counsel, any further motion to dismiss for these appeals may be combined into one motion, as long as all applicable cause numbers are listed and the motion is signed by the appellant.

It is so ORDERED.

Judge's signature: __/s/_ Harvey Brown
                    X Acting individually     ☐ Acting for the Court

Date:  March 24, 2015